


FILED

2011 JAN 19 PM 2:14

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

FILED

11 JAN 1[?] PM 3:14

~~VOID~~ COURT
OHIO

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 08-54133 |
| Secret Aesthetics | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | Judge Marilyn Shea-Stonum |
| | ) | |
| Debtors | ) | **PETITION FOR UNCLAIMED FUNDS** |
| | ) | **AND ORDER THEREON**[1] |

__Douglas Polignano__ , the Petitioner, under penalty of perjury, declares that the following statements and information are true and correct:

1.     __Fifth Third Bank__ , the Claimant, was due to receive a distribution from the estate of the Debtor in the above-captioned case in the amount of $ __2,500.00__ .

---

[1] For purposes of this Petition and the attached Exhibit A, the following terms apply:

- "Claimant" means either (a) a party in the above-captioned case who was due to receive a distribution of funds from the estate of the Debtor, but which funds were instead deposited as unclaimed funds with the Court by the Trustee, or; (b) *a person or entity that gained the rights of ownership of the original owner's claim.*
- "Authorized Representative" means a person or entity given written authorization by the Claimant to file this Petition on behalf of the Claimant, or a person or entity serving as a duly authorized representative of the estate of a Claimant who is deceased. This includes but is not limited to an employee of the Claimant, a funds locator service, and an attorney-in-fact.
- "Petitioner" means either the Claimant or the Authorized Representative, or an attorney at law representing the Claimant or Authorized Representative.

2.	The funds due Claimant were deposited with the Court by the Trustee pursuant to 11 U.S.C. § 347. A copy of the court order depositing the funds into the Treasury/Registry as unclaimed, or a copy of the receipt and attached list of parties entitled to the unclaimed funds, or other supporting documentation, is appended to this Petition.

3.	If the current Claimant is not the original holder of the claim, a copy of the documentation of ownership is appended to this Petition. If applicable, this includes proof of any sale of the company, new and prior owner(s), and a copy of the terms of any purchase agreement or stipulation by prior and new owners of right of ownership to the unclaimed fund. If the claim has been assigned, this includes copies of all documents evidencing assignment.

4.	The Claimant's current name, address, and telephone number are:
Name: Fifth Third Bank
Address: Fifth Third Center, 38 Fountain Square Plaza, MD 1090S6
	Cincinnati, OH 45263
Telephone Number: (513) 534-0266

5.	The following checked statement applies:

☑	This Petition is being filed on paper, either by mail or in person. The Claimant's Tax ID/Social Security Number and other required documentation are being submitted separately with Exhibit A, and will be docketed by the Court as private docket events.

☐	This Petition is being filed electronically via the Court's Electronic Case Filing system. The Claimant's Tax ID/Social Security Number and other required documentation are being submitted separately as private docket events with Exhibit A.

6.	The following checked statement applies:

☐	Petitioner is the Claimant.

☑	Petitioner is the Authorized Representative of the Claimant.

☐	Petitioner is an attorney at law representing the Claimant.

☐	Petitioner is an attorney at law representing the Authorized Representative of the Claimant.

The above subparagraphs do not apply, but Petitioner is entitled to payment of such monies because (state basis for claim):

_____

_____

_____

7.   Upon sufficient inquiry, and upon Petitioner's information and belief, this claim has not been previously paid, no other petitions or requests for payment are pending, and there are no other parties other than Claimant entitled to these funds.

8.   Petitioner understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment, or both, may be imposed if Petitioner has knowingly and fraudulently made any false statements in this document.

9.   Petitioner certifies that the required proof of identification attached to Exhibit A is legitimate and properly represents the Claimant or the Authorized Representative of the Claimant, whichever is applicable.

10.  Petitioner has served a copy of the Petition for Unclaimed Funds and Order Thereon, Exhibit A, and all attached documents by regular U.S. Mail this __2nd__ day of __November__ , __2010__ to the United States Attorney for the Northern District of Ohio, Carl B. Stokes United States Courthouse, 801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113. The United States Attorney is allowed 10 days from the date of service to file an objection to payment of these funds.

11.  WHEREFORE, pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2042, Petitioner requests that the Court issue an Order directing payment to the Claimant in the amount set forth in section 1, above, and that payment be forwarded to the Petitioner.

(Corporate Seal, if applicable)     *Claimant's Signature*

State of ___Ohio___
County of ___Hamilton___

Before me on ___11/23/10___ personally appeared the Claimant *(insert name and title of signer)* ___Doug Poligneno – AVP Fifth Third Bank___ personally known to me, or proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to the within instrument, and acknowledged to me that (s)he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

(SEAL)

ANDY PICCIANO
Notary Public, State of Ohio
My Commission Expires
May 19, 2015

Notary Public

My commission expires on ___5/19/15___

_____

*Petitioner's Signature (Bar Number if Attorney)*

_____

38 Fountain Sq, Plaza MD
*Petitioner's Address* Cincinnati OH 45263

513-534-0266
*Petitioner's Phone Number*

IT IS SO ORDERED.

# # #

UNITED STATES BANKRUPTCY COURT **FILED**
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

2010 APR 15 PM 3:00



U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-54133 |
| | ) | |
| SECRET AESTHETICS, INC. | ) | CHAPTER 7 |
| | ) | |
| Debtor (s) | ) | JUDGE MARILYN SHEA-STONUM |

## TRANSMITTAL OF UNCLAIMED FUNDS

ROBERT S. THOMAS, II, Trustee of this estate, reports the following:

1.  Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

| Claim No. | Name and Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| (Secured Claim) (Paid Per Order) | Fifth Third Bank PO Box 630778 Cincinnati, OH 45263 | $2,500.00 | $2,500.00 |

2.  My Trustee's check for $2,500.00 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3.  Nothing further remains to be done in this case.

Date: __April 8, 2010__

ROBERT S. THOMAS, II
Trustee in Bankruptcy

*ck # 11005*
*receipt # 81403*

08-54133-mss    Doc 49    FILED 04/15/10    ENTERED 04/15/10 15:32:15    Page 1 of 1