RECP # 149959

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED 2010 MAR 16 PM 1:05 CLERK U.S BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 00-18296 |
| | ) | |
| FOREST CITY VENDING, INC. | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE: ARTHUR HARRIS |
| Debtor | ) | |

### TRANSMITTAL OF UNCLAIMED FUNDS

Alan J. Treinish, Trustee of this Estate, reports the following:

The following checks were returned to the Trustee by the U.S. Post Office marked "Not Deliverable As Addressed, Unable to Forward."

CK # 1060 ~~Check No. 1018~~ dated 3/9/10 payable to Lutech in the amount of $33.00;
CK # 10592 ~~Check No. 1021 dated~~ 3/9/10 payable to Vendors Exchange in the amount of $72.34;
CK # 1053 ~~Check No. 1041~~ dated 3/9/10 payable to Warren Money Systems in the amount of $49.42;
~~Check No. 1042 dated~~ 3/9/10 payable to Commercial Development in the amount of $39.34; CK # 1057
CK # 1056 ~~Check No. 1054 dated~~ 3/9/10 payable to Crane Natl Vendors in the amount of $1,818.14;

Your Trustee's Check Nos. 1056, 1057, 1058, 1059 and 1060 in the respective amounts payable to the Clerk of the United States Bankruptcy Court are attached to this report.

Date: March 15, 2010

ALAN J. TREINISH, Trustee