*R# 150248*

**FILED**
10 JUN 11 AM 11:51
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 00-18296 |
| | ) | |
| FOREST CITY VENDING, INC. | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE: ARTHUR I. HARRIS |
| Debtor | ) | |

### TRANSMITTAL OF UNCLAIMED FUNDS

Alan J. Treinish, Trustee of this Estate, reports the following:

Ninety days have passed since the Final Distribution was made in this case. A Stop Payment has been issued on the following checks:

Bank of America Account No. 3754537787

3/9/10 Check No. 1014 payable to Lisa Owens in the amount of $97.50 ✓ *#1067*
3/9/10 Check No. 1024 payable to Cintas in the amount of $220.58 ✓ *#1068*
3/9/10 Check No. 1044 payable to Microtel Inn & Suites in the amount of $6.03 ✓ *#1069*
3/9/10 Check No. 1053 payable to Fifth Third Bank NE Ohio in the amount of $14,356.89 ✓ *#1070*

*Total: $14,681.00*

1. Your Trustee's check #'s 1067,1068,1069,1070, in the above respective amounts payable to the Clerk of the United States Bankruptcy Court are attached to this report.

Date: June 10, 2010

ALAN J. TREINISH, Trustee